UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PAUL WATTERS,

    Plaintiff,

v.                                                                        Case No. 2:07-cv-223
                                                                 CONSENT CASE

TILDEN MINING CO, L.C., et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that defendants' motion for summary judgment (Docket #18) is DENIED and plaintiff's motion to strike (Docket #20) is DENIED.

IT IS FURTHER ORDERED that judgment is entered for plaintiff. Plaintiff shall be provided with three years, three months, and nine days additional credit towards his seniority and two years, five months, and four days additional credit toward his pension.

IT IS SO ORDERED.

                                                              /s/ Timothy P. Greeley
                                                              TIMOTHY P. GREELEY
                                                              UNITED STATES MAGISTRATE JUDGE

Dated:  March 11, 2009